

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00303-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 304370
Honorable Monica Gonzalez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on May 22, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court